Ronald Appel, Esq.   SBN 132023
APPEL & APPEL
2522 Chambers Road
Tustin, CA 92780
(714) 573-4090
attorneyrappel@gmail.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, | CASE NO.: 2:19-cv-08348 - JFW (AFMx) |
| Plaintiff, | ANSWER TO COMPLAINT |
| vs. | |
| GUST KATSIVALIS, an individual: FARA GIANNETAKIS, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

Defendants Gust Katsivalis and Fara Giannetakis (Defendants), for themselves only, answer as follows:

1. Defendants are unaware of the facts alleged and as such denies the allegations.
2. Defendants admit the allegations.
3. Defendants admit the allegations.
4. Defendants admit the allegations.
5. Defendants admit the allegations.
6. Defendants are unaware of the facts alleged and as such denies the allegations.
7. Defendants admit the allegations.
8. Defendants admit the allegations.
9. Defendants admit the allegations

| | | |
|---|---|---|
| 1 | 10. | Defendants deny the allegations. |
| 2 | 11. | Defendants admit the allegations. |
| 3 | 12. | Defendants admit the allegations. |
| 4 | 13. | Defendants deny the allegations. |
| 5 | 14. | Defendants deny the allegations. |
| 6 | 15. | Defendants deny the allegations. |
| 7 | 16. | Defendants deny the allegations. |
| 8 | 17. | Defendants deny the allegations. |
| 9 | 18. | Defendants deny the allegations. |
| 10 | 19. | Defendants deny the allegations. |
| 11 | 20. | Defendants deny the allegations. |
| 12 | 21. | Defendants deny the allegations. |
| 13 | 22. | Defendants deny the allegations. |
| 14 | 23. | Defendants deny the allegations. |
| 15 | 24. | Defendants deny the allegations. |
| 16 | 25. | Defendants deny the allegations. |
| 17 | 26. | Defendants deny the allegations. |
| 18 | 27. | Defendants deny the allegations. |
| 19 | 28. | Defendants reincorporate their prior responses. |
| 20 | 29. | Defendants deny the allegations. |
| 21 | 30. | Defendants deny the allegations. |
| 22 | 31. | Defendants deny the allegations. |
| 23 | 32. | Defendants deny the allegations. |
| 24 | 33. | Defendants deny the allegations. |
| 25 | 34. | Defendants reincorporate their prior responses. |
| 26 | 35. | Defendants deny the allegations. |
| 27 | /// | |
| 28 | /// | |

36. Defendants deny the allegations.

37. Defendants deny the allegations.

APPEL & APPEL

DATED: November 6, 2019

By: _____
Ronald Appel, Esq.
Attorneys for Defendants

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2522 Chambers Road, Tustin, California 92780

      On November 6, 2019, I served the foregoing document described as: **Answer** by the method checked below, on all interested parties and/or their counsel in this action, as follows:

Joseph R. Manning, Jr.
MANNING LAW, APC
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660

 (BY MAIL) By placing the document in a sealed envelope, postage prepaid. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with the postage thereon fully prepaid at Tustin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date hereof.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the office of the addressee(s).

☐ (BY FAX SERVICE) On this date, I faxed the foregoing document to the recipient at the fax number listed for the recipient and can provide proof of faxing.

☐ (BY EMAIL SERVICE) On this date, I emailed the foregoing document to the recipient at the email address provided by the recipient and can provide proof of emailing.

☐ (BY EFILING SERVICE) On this date, I efiled the foregoing document with instruction to One Legal to provide service on the recipient by email. I can provide proof of service of the emailing provided by One Legal.

 (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

_____
Ronald Appel, Esq.

_____
D. Renee' Lewis