NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Ronald Appel, Esq.   SBN 132023
APPEL & APPEL
2522 Chambers Road
Tustin, CA 92780
(714) 573-4090
attorneyrappel@gmail.com

ATTORNEY(S) FOR: Defendants Gust Katsivalis, Fara Giannetakis

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff(s),<br>v.<br>GUST KATSIVALIS, an individual; FARA GIANNETAKIS, an individual: and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:19-cv-08348-JFW-AFM<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Defendants Gust Katsivalis, Fara Giannetakis__
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Carmen John Perri | Plaintiff |
| Gust Katsivalis | Defendant |
| Fara Giannetakis | Defendant |

11/12/2019
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendants Gust Katsivalis, Fara Giannetakis

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES