JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GUST KATSIVALIS, an individual; FARA GIANNETAKIS, an individual; and DOES 1-10, inclusive,<br><br>Defendants | Case No.: 2:19-cv-08348-JFW-AFM<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Gust Katsivalis and Fara Giannetakis ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 3, 2020

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE